**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1980**

MARK EKE,

        Plaintiff - Appellant,

    v.

UNITED THERAPEUTICS; MARTINE ROTHBLATT; JENESIS ROTHBLATT; SHOLA OYEWOLE; ROBERT DAYE,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:18-cv-02941-PX)

Submitted:  April 11, 2024                    Decided:  April 15, 2024

Before AGEE and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Mark Eke, Appellant Pro Se.  Christine Mary Costantino, SEYFARTH SHAW, LLP, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Eke seeks to appeal the district court's order granting Defendants' motion for summary judgment on Eke's sex discrimination and sexual harassment claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17, and denying Defendants' motion for sanctions. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Eke seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*